ACCEPTED
05-14-01515-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/26/2015 3:53:17 PM
LISA MATZ
CLERK





5718 WESTHEIMER ROAD, SUITE 1200
HOUSTON, TEXAS 77057
PHONE: (713) 960-6000 ▪ FAX: (713) 960-6025
**www.rmgllp.com**

**JONATHAN G. BRUSH**
Direct Dial: (713) 960-6007
jbrush@rmgllp.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/26/2015 3:53:17 PM
LISA MATZ
Clerk

May 26, 2015

*Via Electronic Filing*
Lisa Matz, Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Tower, Suite 200
Dallas, TX 75202

Re:     No. 05-14-01515-CV; *TXU Energy Retail Company, L.L.C. v. Fort Bend Independent School District*, in the Fifth Court of Appeals.

On appeal from:

Cause No. 2013-14961; *TXU Energy Retail Company LLC v. Fort Bend Independent School District*, in the 116th District Court of Dallas County, Texas.

Dear Ms. Matz:

Pursuant to the Court's March 2, 2015, Notice setting this case for submission, I will present oral argument to the Court on behalf of Appellee Fort Bend Independent School District.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

ROGERS, MORRIS & GROVER, L.L.P.

Jonathan G. Brush

cc:     Michael K. Hurst, John F. Guild, A. Shonn Brown,
Jonathan R. Childers, Counsel for Plaintiff-Appellant
*(Via CM/RRR 7014 2120 0001 5800 1101)*

Austin Office:     2538 S. Congress Avenue, Suite 300     Austin, Texas 78704     Phone: (512) 354-1050     Fax: (512) 354-1049